

# PETERSON JOHNSON MURRAY

**Terry E. Johnson**
tjohnson@pjmlaw.com

April 21, 2011

**Via E-Mail**
Honorable Rudolph T. Randa
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: Schultz v. The Glidden Company, et al.
U.S. District Court, Eastern District of Wisconsin Case No. 08-C-0919

Dear Judge Randa:

The plaintiff has agreed to dismiss my client, Momentive Specialty Chemicals, Inc., formerly known as Hexion Specialty Chemicals, Inc., with prejudice and without costs.

We enclose the original of the stipulation and an order providing for that dismissal on that basis. Assuming it meets with the court's approval, we ask that the order be signed and entered.

Thank you for your kind consideration of our request.

Very truly yours,

PETERSON, JOHNSON & MURRAY, S.C.

Terry E. Johnson
TEJ:kp
Enclosures

cc via e-mail: James D. Piel

00670663.DOC

**PETERSON, JOHNSON & MURRAY, S.C.**
Attorneys at Law

Sixth Floor | 733 North Van Buren Street | Milwaukee, Wisconsin 53202 | P: 414.278.8800 | F: 414.278.0920 | www.pjmlaw.com

Case 2:08-cv-00919-RTR Filed 04/21/11 Page 1 of 1 Document 172