# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.

District: **Eastern District of Wisconsin**  Docket No.: **08-C-919**
Division: **Milwaukee**

| Plaintiff (Petitioner) | Short Caption | Defendant (Respondent) |
|---|---|---|
| ( Joanne Evelyn Schultz et al | v. | The Glidden Company et al ) |

**Current Counsel for Plaintiff (Petitioner):**  **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

| | | | | |
|---|---|---|---|---|
| Name: | Scott R Frieling | | Name: | Mark W Rattan |
| Firm: | Allen Stewart PC | | Firm: | Litchfield Cavo LLP |
| Address: | 325 N St Paul St - Ste 2750 | | Address: | 13400 Bishop's Ln - Ste 290 |
| | Dallas, TX 75201 | | | Brookfield, WI 53005 |
| Phone No.: | 214-965-8700 | | Phone No.: | 262-784-8966 |

Judge: Rudolph T Randa
Court Reporter:

Nature of Suit Code: 365
Date Filed in District Court: 10/28/08
Date of Judgment: 03/20/12
Date of Notice of Appeal: 04/12/12

Counsel:  ☐ Appointed   ☒ Retained   ☐ Pro Se

Fee Status: ☒ Paid   ☐ Due   ☐ IFP   ☐ IFP Pending   ☐ U.S.   ☐ Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:   ☐ Yes   ☒ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ☐ granted; ☐ denied; ☐ pending

If certificate of appealability was granted or denied, what is the date of the order:
If Defendant is in Federal custody, please provide United States Marshal number (USM#):

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**