# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 13, 2012

**To:**   Jon W. Sanfilippo
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 12-1902
>
> Caption:
> JOANN EVELYN SCHULTZ, Individually and as Personal Representative of the Estate of DONALD WALTER SCHULTZ,
> Plaintiff - Appellant
>
> v.
>
> THE GLIDDEN COMPANY, et al.,
>  Defendants - Appellees

> District Court No: 2:08-cv-00919-RTR
> District Judge Rudolph Randa
> Clerk/Agency Rep Jon Sanfilippo
>
> Date NOA filed in District Court: 03/20/2012

If you have any questions regarding this appeal, please call this office.

CC:

form name: **c7_Docket_Notice_short_form**(form ID: **188**)