Jury

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOANN EVELYN SCHULZ,

    Plaintiff,

vs.

AKZO NOBEL PAINTS LLC

    Defendant.

Case No. 08-C-919

## VERDICT FORM

1. Were any of the Glidden Company's (now known as "Akzo Nobel Paints LLC") paints in such defective condition as to be unreasonably dangerous to a person when they left the control of Glidden Company?

   __NO__
   (Yes or No)

   **If you answer "yes" to No. 1 then answer No. 2. If you answered "no" to No. 1 then answer number 3.**

2. Were the defective conditions of any of the Glidden Company's (now known as "Akzo Nobel Paints LLC") a cause of injury and death to Donald Schultz?

   _____
   (Yes or No)

3. Was Glidden Co. (now known as "Akzo Nobel Paints LLC") negligent in manufacturing, supplying, and/or selling paints?

   _____NO_____
   (Yes or No)


4. **Answer this question ONLY if you answered Question #3 "Yes"**

   Was such negligence of the Glidden Company (now known as "Akzo Nobel Paints LLC") a cause of injury and death to Donald Schultz.

   _____
   (Yes or No)


   **No matter how you have answered any of the previous questions, answer the questions below.**

5. What sum of money, if any, will reasonably compensate the Estate of Donald Schultz and JoAnn Schultz for the following:

   | | | |
   |---|---|---|
   | a. | Estate: Past Medical Bills | $359,865.21 |
   | b. | Estate: Past Pain & Suffering (Donald Schultz) | $ 80,000.00 |
   | c. | JoAnn Schultz: Loss of Society and Companionship | $ 104,000.00 |
   | d. | JoAnn Schultz: Loss of Income | $ 205,000.00 |

Dated this __11__ day of March 2015 at Milwaukee, Wisconsin

_Carrie Murphy_  *Carrie Murphy*
(Foreperson)

2