# United States District Court

EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**JOANN EVELYN SCHULTZ,**
**Individually and as Personal Representative**
**of the Estate of Donald Walter Schultz,**

          Plaintiff,

    V.          CASE NUMBER: **08-C-919**

**AKZO NOBEL PAINTS LLC,**

          Defendant.

☒     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     Decision by Court. This action came on for consideration and a decision has Been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiff on the plaintiff's negligence and strict liability claims action.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **March 11, 2015** | **JON W. SANFILIPPO** |
| Date | Clerk |

**s/ C. Bongel**
(By) Deputy Clerk

APPROVED:

s/Rudolph T. Randa
Hon. Rudolph T. Randa
U.S. District Judge

3/12/15
Date